INS, APPEAL, CLOSED

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00503-JBA
Internal Use Only

FILED
Nov 21  2 25 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Hinds v. Ashcroft
Assigned to: Janet Bond Arterton
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 03/21/03
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

| Filing Date | # | Docket Text |
|---|---|---|
| 03/21/2003 | 1 | PETITION for writ of habeas corpus & Motion for Stay of Removal FILING FEE $ 5.00 RECEIPT # H008917 (Part 1 of 2) (Ferguson, L.) (Entered: 03/21/2003) |
| 03/21/2003 | 1 | Petition for Writ of Habeas Corpus & MOTION by Christopher Hinds for Stay of Removal (Part 2 of 2) (Ferguson, L.) (Entered: 03/21/2003) |
| 03/21/2003 | 2 | MEMORANDUM by Christopher Hinds in support of [1-1] motion for Stay of Removal, [1-1] petition (Ferguson, L.) (Entered: 03/21/2003) |
| 03/31/2003 | 3 | ORDER TO SHOW CAUSE issued Re: petition for writ of habeas corpus response due on or before 4/2/03 ( signed by Judge Janet B. Arterton ) (Depino, F.) (Entered: 04/01/2003) |
| 03/31/2003 | | **Terminated document [1-1] motion for Stay of Removal, See #3 (Torday, B.) (Entered: 06/10/2003) |
| 04/01/2003 | 4 | APPEARANCE of Attorney for John Ashcroft -- Krishna R. Patel (Falcone, K.) (Entered: 04/02/2003) |
| 04/17/2003 | 5 | MOTION by John Ashcroft to Extend Time until 5/28/03 to respond to show cause (Warner, R.) (Entered: 04/21/2003) |
| 04/22/2003 | | ENDORSEMENT granting [5-1] motion to Extend Time until 5/28/03 to respond to show cause ( signed by Judge Janet B. Arterton ) |

*Handwritten annotations in right margin: 0, 3, 2, 4, 2, 9*

| | | |
|---|---|---|
| | | (Warner, R.) (Entered: 04/22/2003) |
| 05/01/2003 | 6 | SUMMONS Returned Executed on 4/2/03 as to John Ashcroft officially (Brown, S.) (Entered: 05/02/2003) |
| 05/28/2003 | 7 | RESPONSE by John Ashcroft to [1-1] petition (Depino, F.) (Entered: 05/29/2003) |
| 05/29/2003 | 8 | DECLARATION of Krishna Patel by John Ashcroft Re [7-1] petition response by John Ashcroft (Depino, F.) (Entered: 05/29/2003) |
| 06/09/2003 | 9 | Reply MEMORANDUM by Christopher Hinds in support of [1-1] petition (Torday, B.) (Entered: 06/16/2003) |
| 06/20/2003 | 10 | RULING dismissing [1-1] petition for lack of subject matter jurisdiction, stay of deportation entered 3/31/03 is dissolved ( signed by Judge Janet B. Arterton ) 7 Page(s) (Warner, R.) (Entered: 06/20/2003) |
| 06/23/2003 | 11 | JUDGMENT is ordered, adjudged and decreed that petitioner's petition for a writ of habeas corpus and stay of deportation is dismissed and dissolved ( signed by Clerk ) (Warner, R.) (Entered: 06/23/2003) |
| 06/23/2003 | | Case closed (Warner, R.) (Entered: 06/24/2003) |
| 07/09/2003 | 12 | MOTION by Christopher Hinds to Stay Case (Brief Due 7/30/03 ) (Rodko, R.) (Entered: 07/10/2003) |
| 07/09/2003 | 13 | MEMORANDUM by Christopher Hinds in support of [12-1] motion to Stay Case (Rodko, R.) (Entered: 07/10/2003) |
| 07/09/2003 | 14 | NOTICE OF APPEAL of [11-1] judgment order by Christopher Hinds Certified Copy of Docket and copy of Appeal mailed to USCA (Warner, R.) (Entered: 07/10/2003) |
| 07/09/2003 | | **Added party US Court of Appeals (Warner, R.) (Entered: 07/10/2003) |
| 07/21/2003 | 15 | Acknowledgement of Receipt from USCA of NOA (Warner, R.) (Entered: 07/22/2003) |
| 07/22/2003 | | INDEX to Record on Appeal Received on 7/21/03 Mailed to USCA: [14-1] appeal by Christopher Hinds (Warner, R.) (Entered: 07/22/2003) |
| 07/31/2003 | 16 | ORDER denying as moot, on consent [12-1] motion to Stay Case. ( signed by Judge Janet B. Arterton ) (Warner, R.) (Entered: |

| | | |
|---|---|---|
| | | 07/31/2003) |
| 11/10/2003 | | Request from USCA for Record on Appeal Made Via telephone re [14] Notice of Appeal: (Warner, R.) (Entered: 11/10/2003) |
| 11/13/2003 | | Certified and Transmitted Record on Appeal to US Court of Appeals sent via UPS re [14] Notice of Appeal. (Warner, R.) (Entered: 11/13/2003) |