MANDATE

FILED

2006 OCT 27 P 1: 15

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| HINDS v. GONZALES | STIPULATION AND ORDER<br>Dkt. No. 03-2429 |

STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, as follows:

1. The above-captioned appeal is hereby withdrawn from active consideration before the Court, such withdrawal to be without prejudice to reactivation by appellant's counsel by written notice to the Clerk of this Court by JANUARY 30, 2007.

2. If not thus reactivated, and if no further extension of the inactive status is obtained, the appeal shall be deemed withdrawn with prejudice and without costs or attorneys fees incurred to date. See, Hertzner v. Henderson, 292 F.3d 302, (2d Cir. 2002).

3. Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

Certified:    OCT 2 3 2006

4. Petitioner's removal shall continue to be stayed during the time frame covered by this stipulation. If the petition for review is timely reactivated as set forth above, petitioner's motion for stay of removal shall be similarly reactivated.

Dated: October 12, 2006
      Glastonbury, Connecticut

Roberto Tschudin Lucheme, Esquire
41 Hebron Avenue
Glastonbury, Connecticut 06033
Telephone: (860) 633-1962
Attorney for Petitioner

Dated: October 12, 2006
      Bridgeport, Connecticut

KEVIN O'CONNOR
United States Attorney for
the District of Connecticut

By: _____
Krishna Patel
Assistant U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604
Telephone: (203) 696-3401

SO ORDERED:

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk

By: _____
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

[Stamp: UNITED STATES COURT OF APPEALS FILED OCT 2 3 2006 SECOND CIRCUIT]