MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*[seal: UNITED STATES COURT OF APPEALS · SECOND CIRCUIT · FILED · MAR 1 2 2007 · Thomas Asreen, Acting Clerk]*

————————————————— x

HINDS V. ASHCROFT                    :        STIPULATION AND ORDER
                                     :        Dkt. 03-2429-AG
                                     :
————————————————— x

### STIPULATION OF WITHDRAWAL OF
### APPEAL FROM ACTIVE CONSIDERATION

IT IS STIPULATED AND AGREED, by and between the parties, that the above-

captioned petition for review shall be, and hereby is, withdrawn from this Court's active

consideration, subject to reinstatement by written notification to the Clerk of the Court no later

than April 30, 2007.  If not reinstated by April 7, 2007 and if no further extension of the inactive

status is obtained from the Court, the petition shall be deemed withdrawn with prejudice.


Petitioner-Appellant,                         Respondent-Appellees,
Christopher Hinds,                            Alberto Gonzales,


By:_____              By:_____
Justin Conlan                                 Krishna R. Patel
Law Offices of Michael Boyle                  Assistant United States Attorney
250 State Street, Unit C2                     United States Attorneys Office
P.O. Box 335                                  915 Lafayette Boulevard
North Haven, CT 06473                         Bridgeport, CT 06604
(203) 239-2299                                (203) 696-3041


                                         So Ordered
                                        FOR THE COURT
                                        Thomas Asreen, Acting Clerk of Court
                                        By_____

                                        Lisa J. Greenberg, Staff Counsel


A TRUE COPY
Thomas Asreen, Acting Clerk

by_____                     Certified: MAR 1 2 2007
Deputy Clerk