# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
---------------------------------X
CHRISTOPHER HINDS,

          Petitioner,

    -v.-

JOHN ASHCROFT, ATTORNEY
GENERAL,

          Respondent.
---------------------------------X

STIPULATION AND ORDER OF
SETTLEMENT AND WITHDRAWAL

Dkt. No. 03-2429

FILED 2007 JUN 21 P 4 04

    IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned petition for review be, and hereby is, withdrawn with prejudice and without costs or attorney's fees to either party, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, subject to the following terms, conditions, and understandings:

    1. The January 10, 2003 decision of the Board of Immigration Appeals ("BIA") affirming the Immigration Judge's (IJ's) April 4, 2000 order ordering Christopher Hinds (Hinds) removed be, and hereby is, vacated, and the matter remanded to the BIA to remand to the IJ for a determination of the following:

    a. Whether Hinds is eligible for section 212(c) relief or cancellation of removal in light of his vacated plea?

    b. If Hinds is eligible for either form of relief, Hinds will promptly make any applications so that the IJ can conduct a hearing on the merits of the application.

Dated: North Haven, Connecticut
       May 31, 2007

Page 1 of 2

Issued as Mandate:

JUN 2 1 2007